IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**John Arthurs,**

  **Petitioner,**

  v.          Case No. 2:11-cv-541

**Warden, Warren Correctional**   **JUDGE ALGENON L. MARBLEY**
**Institution,**          **Magistrate Judge Kemp**

  **Respondent.**

## ORDER

 This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on March 23, 2012. No objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. The petition for a writ of habeas corpus is **DISMISSED**.

  **IT IS SO ORDERED.**

                 _s/Algenon L. Marbley_
                 Algenon L. Marbley
                 United States District Judge